In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-07-485 CV


____________________



SHANE LANDRY, Appellant



V.



THE CITY OF BEAUMONT, TEXAS, Appellee






On Appeal from the 172nd District Court


Jefferson County, Texas


Trial Cause No. E-170,699






MEMORANDUM OPINION



 The appellant, Shane Landry, filed a motion to dismiss this appeal. The motion is
voluntarily made by the appellant prior to any decision of this Court and should be granted. 
Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to dismiss is
granted and the appeal is dismissed.

 APPEAL DISMISSED.



 ______________________________

 STEVE McKEITHEN

 Chief Justice

Opinion Delivered March 13, 2008

Before McKeithen, C.J., Gaultney and Horton, JJ.